In the Matter of the Claim of MARY A. McCONVEY, against C. J. DONOVAN HAAS COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued February 10, 1930; decided March 18, 1930.)

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for appellant.

*Joseph F. Donovan* and *Alfred W. Andrews* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE. LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.